| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
| | FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION          ***E-FILED - 6/20/07***

| | |
|---|---|
| MOHAMMAD REZA RAKHSHANDEHROO, and LEILA ENTEZARI, | No. C 07-1699 RMW |
| Plaintiffs, | |
| v. | **STIPULATION TO EXTEND DATES; and [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, District Director, Citizenship and Immigration Services; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | |
| Defendants. | |

Plaintiffs, by and through their attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about March 23, 2007. Defendants' answer is currently due on June 19, 2007.

2. Pursuant to this Court's March 23, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on June 15, 2007, and attend a case management conference on June 22, 2007.

3. Accordingly, in order to allow sufficient time for defendants to answer and prepare a joint

Stipulation for Extension
C 07-1699 RMW

1 case management statement, and possibly administratively resolve the case, the parties hereby
2 respectfully ask this Court to extend the dates in the Court's scheduling order as follows:
3   Last day to file Joint ADR Certification:                   July 13, 2007
4   Last day to file/serve Joint Case Management Statement:     July 27, 2007
5
6   Case Management Conference:                                 August 3, 2007, at 10:30 a.m.
7 Date: June ___, 2007                          Respectfully submitted,
8                                               SCOTT N. SCHOOLS
9                                               United States Attorney
10
11                                              _____
                                                EDWARD A. OLSEN
12                                              Assistant United States Attorney
                                                Attorneys for Defendants
13
14
15 Date: June 19, 2007
                                                ZAHEER ZAIDI
16                                              Attorney for Plaintiffs
17
18                                  **ORDER**
19     Pursuant to stipulation, IT IS SO ORDERED.
20
21 Date: 6/20/07                                 _____
                                                RONALD M. WHYTE
22                                              United States District Judge
23
24
25
26
27
28

Stipulation for Extension
C 07-1699 RMW