```
 1  Edward R. Litwin SB#: 57635
    Christina H. Lee SB#: 230883
 2  Litwin & Associates, A Law Corporation
    1435 Huntington Ave., Suite 336
 3  South San Francisco, CA 94080
    (650) 588-7100 (t) (650) 588-4302 (f)
 4
    Attorney for Plaintiffs
 5
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 1/17/08*

| | |
|---|---|
| MOHAMMAD REZA RAKHSHANDEHROO and LEILA ENTEZARI<br><br>Plaintiffs,<br><br>-v-<br><br>MICHAEL CHERTOFF, Secretary<br><br>DAVID STILL, District Director, CIS<br><br>Department of Homeland Security;<br><br>ROBERT S. MUELLER, Director<br><br>Federal Bureau of Investigations<br><br>Defendants. | Civil No. C 07-1699 RMW<br><br>STIPULATION TO DISMISS PLAINTIFF ENTEZARI AND EXTEND DATES; and [] ORDER |

Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on March 23, 2007. The Defendants filed their response on June 19, 2007. The parties filed a Joint Case Management Statement on October 26, 2007. Both parties attended the Case Management Conference with this Court on November 2, 2007.

2. Since the Case Management Conference, the Department of Homeland Security has adjudicated and approved Plaintiff Leila Entezari's naturalization application. Plaintiff Entezari has been scheduled to appear for her Naturalization Oath Ceremony on December 21, 2007 at 10:30 a.m. in San Jose, California. As Plaintiff Entezari's immigration case is now complete, the parties hereby

Stipulation to Dismiss and Extend Time                          C 07-1699 RMW

respectfully ask the Court to dismiss Ms. Entezari as a plaintiff in this action.

3. Plaintiff Mohammed Rakhshandehroo has been scheduled for a "re-interview" with the USCIS for December 12, 2007 at 1:00 pm. In order to give the USCIS an opportunity to resolve this case, and to resolve this matter without further litigation, the parties hereby respectfully ask this Court to extend the motions' briefing schedule as follows:

| | |
|---|---|
| Defendants' Motion to Dismiss/Remand: | December 31, 2007 |
| Plaintiff's Opposition: | January 14, 2008 |
| Defendant's Reply: | January 21, 2008 |
| Hearing: | February 15, 2008 at 9:00 a.m. |

*The Court hereby continues the motion hearing on defendant's motion to remand to 2/15/08 @ 9:00 AM.

Dated: 11/26/07          Respectfully submitted,

                         _____/s/_____
                         EDWARD R. LITWIN
                         CHRISTINA H. LEE
                         Attorney for Plaintiffs


Dated: 11/26/07          _____/s/_____
                         EDWARD A. OLSEN
                         Assistant United States Attorney
                         Attorneys for Defendants


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 1/17/08

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge