1
2
3
4          **E-FILED on** ___2/22/08___
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                    SAN JOSE DIVISION
11

| | |
|---|---|
| 12 MOHAMMAD REZA RAKHSHANDEHROO and LEILA ENTEZARI, | No. C-07-01699 RMW |
| 13 | |
| 14      Plaintiffs, | |
| 15      v. | ORDER GRANTING MOTION TO REMAND |
| 16 MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; DAVID STILL, District Director, Citizenship and Immigration Services; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, | |
| 17 | **[Re Docket No. 19]** |
| 18 | |
| 19      Defendants. | |

20
21          Plaintiffs Mohammad Reza Rakhshandehroo and Leila Entezari filed a complaint on March
22   23, 2007, requesting the court to conduct a hearing to determine plaintiffs' naturalization
23   applications under § 1447.  Plaintiff Entezari's naturalization application was granted on November
24   21, 2007, and the parties have since stipulated to her dismissal from the action.  Stipulation and
25   Order Dismissing Plaintiff Entezri, Docket No. 21.  Defendants now move remand this matter to the
26   USCIS for determination of Rakhshandehroo's naturalization application.
27          At the hearing, the defendants represented that if the matter were remanded, the adjudication
28   of Rakhshandehroo's application would be made within 30 days.  Pursuant to that representation, the

court grants defendants' motion to remand, and remands the matter to the USCIS for adjudication of

Rakhshandehroo's naturalization application within 30 days of the date of this order.

DATED: _____2/22/08_____

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Christina Heakyung Lee        clee@litwinlaw.com
Edward Ronald Litwin         elitwin@litwinlaw.com

**Counsel for Defendants:**

Edward A. Olsen          edward.olsen@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** _____2/22/08_____                    _____/s/ MAG_____
                                              **Chambers of Judge Whyte**